UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAIME VARELA et al.,

                          Plaintiff(s),

                        v.

WELLS FARGO HOME MORTGAGE et al.,

                       Defendant(s).

CASE NO. 4:12-cv-03502-KAW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- [x] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [ ] Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
- [x] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [ ] other requested deadline _____

Dated: August 3, 2012                      /s/ September J. Katje
                                                  Attorney for Plaintiffs Jaime and Noelia L. Varela

Dated: August 3, 2012                      /s/ Daniel A. Armstrong
                                                  Attorney for Defendant Wells Fargo Bank, N.A.

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

[X] The parties' stipulation is adopted and IT IS SO ORDERED.
[ ] The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 08/20/12

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

1  CERTIFICATE OF SERVICE

   I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

   On August 16, 2012, I served a copy of the foregoing document entitled:

   **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

   on the interested parties in said case as follows:

   **Served Electronically Via the Court's CM/ECF System**

   *Counsel for Plaintiffs:*

   September J. Katjie, Esq.
   Consumer Litigation Law Center, APC
   100 N. Barranca, Suite 700
   West Covina, CA 91791
   Tel: 800.787.5616; Fax: 888.909.7647
   email: sk@consumerlitigationlawcenter.com

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on August 16, 2012.

   Carol Goodwin                                          */s/ Carol Goodwin*
   (Type or Print Name)                                   (Signature of Declarant)