# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAIME VARELA, et al.,** | **Case No.: C-12-3502 KAW** |
| Plaintiffs, | **ORDER** |
| vs. | |
| **WELLS FARGO HOME MORTGAGE, et al.,** | |
| Defendants. | |

This case has a case management conference currently set for October 9, 2012, at 1:30 p.m., and two motions currently set to be heard on November 1, 2012, at 11:00 a.m. On September 25, Defendants filed a request to appear telephonically at the case management conference. On September 26, the parties submitted a stipulation and proposed order to postpone the case management conference until the same day that the motions were to be heard. As the Court's calendar is already closed on November 1, the request is denied. In order to save counsel the expense of making two separate trips, however, the Court will hear the motions on the same day that it holds the case management conference.

///

///

Accordingly, it is hereby ORDERED that:

1. Defendants' motion to appear by telephone at the case management conference is denied.

2. The parties' joint stipulation to postpone the case management conference is denied.

3. Defendants' August 8, 2012 motions to dismiss Plaintiffs' first amended complaint and to strike portions of Plaintiffs' first amended complaint will be heard on October 9, 2012, at 1:30 p.m. immediately following the case management conference. The hearing on November 1, 2012 is vacated.

**DATE: September 27, 2012**

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**