CONSUMER LITIGATION LAW CENTER, APC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND**

| | |
|---|---|
| JAIME VARELA; and NOELIA L. VARELA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO HOME MORTGAGE, successor in interest to WACHOVIA BANK FSB, F/K/A WORLD SAVINGS, FSB; CAL-WESTERN RECONVEYANCE CORP., a California Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive<br><br>　　　　　　Defendants. | CASE NO: 4:12-CV-03502-KAW<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO POSTPONE MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE** |

///

///

///

///

1

**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

IT IS HEREBY ORDERED:

Pursuant to the parties' stipulation filed on October 2, 2012, the hearings on Defendants' Motion to Dismiss and Motion to Strike, and the Case Management Conference, are changed from October 9, 2012 at 1:30 p.m. to December 6, 2012, at 11:00 a.m.

IT IS SO ORDERED.

Dated: October 3, 2012

_____
Magistrate Judge Kandis A. Westmore