UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME VARELA, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>    Defendants. | Case No.: 4:12-cv-3502 KAW<br><br>ORDER |

The order at docket entry 35 is hereby vacated. However, the parties shall be prepared to discuss prospects for loan modification at the mediation currently set for November 9, 2012. If Plaintiffs are seeking a loan modification to resolve all or some of the claims, Plaintiffs shall prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request. Further, Plaintiffs shall immediately notify Defendants' counsel of the request for a loan modification. If Defendants are unable or unwilling to do a loan modification after receiving notice of Plaintiffs' request, counsel for Defendants shall promptly notify Plaintiffs to that effect.

IT IS SO ORDERED.

DATE: October 12, 2012

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE