UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JAIME VARELA, et al.,<br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br>Defendants.<br>_____/ | No. C 12-3502 KAW<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     November 9, 2012<br>Mediator: Stephen Schrey |

    IT IS HEREBY ORDERED that the request to excuse defendant Wells Fargo Bank, N.A.'s representative from appearing in person at the November 9, 2012, mediation before Stephen Schrey is GRANTED. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

10/23/12
Dated

By: _____
Elizabeth D. Laporte
United States Magistrate Judge