CONSUMER LITIGATION LAW CENTER, APC

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| JAIME VARELA; and NOELIA L. VARELA, | CASE NO: 4:12-CV-03502-KAW |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY |
| v. | |
| WELLS FARGO HOME MORTGAGE, successor in interest to WACHOVIA BANK FSB, F/K/A WORLD SAVINGS, FSB; CAL-WESTERN RECONVEYANCE CORP., a California Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive | DATE:  December 6, 2012<br>TIME:  11:00 a.m.<br>JUDGE: Kandis A. Westmore<br>CTRM:  4 – 3rd Floor |
| Defendants. | |

///
///
///
///

1

[PROPOSED] ORDER GRANTING PLAINTIFFS ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY

1  FOR GOOD CAUSE SHOWN, the Plaintiff's motion to appear telephonically at Defendants' Motion to Dismiss and Motion to Strike, and the Case Management Conference is scheduled for Thursday, December 6, at 11:00 a.m. in Courtroom 4 on the 3rd Floor, before Honorable Judge Kandis A. Westmore, is GRANTED.

~~Counsel shall stand by at the numbers listed below at the date and time of the hearing and conference until called by the Court.~~

~~Kimberly A. Moses, Esq.        (800) 787-5616~~

Counsel shall comply with the undersigned's procedures for telephonic appearances, available at cand.uscourts.gov/kaworders.

IT IS SO ORDERED.

DATED: 12/3, 2012

Hon. Kandis A. Westmore
US District Court Judge