CONSUMER LITIGATION LAW CENTER, APC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND**

| | |
|---|---|
| JAIME VARELA; and NOELIA L. VARELA, | **CASE NO: 4:12-CV-03502-KAW** |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY** |
| v. | |
| WELLS FARGO HOME MORTGAGE, successor in interest to WACHOVIA BANK FSB, F/K/A WORLD SAVINGS, FSB; CAL-WESTERN RECONVEYANCE CORP., a California Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive | **DATE:   December 6, 2012** <br> **TIME:    11:00 a.m.** <br> **JUDGE: Kandis A. Westmore** <br> **CTRM:   4 – 3rd Floor** |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

1

**[PROPOSED] ORDER GRANTING PLAINTIFFS ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY**

1   FOR GOOD CAUSE SHOWN, the Plaintiff's motion to appear telephonically at

2   Defendants' Motion to Dismiss and Motion to Strike, and the Case Management Conference is

3   scheduled for Thursday, December 6, at 11:00 a.m. in Courtroom 4 on the 3rd Floor, before

4   Honorable Judge Kandis A. Westmore, is GRANTED.

5   ~~Counsel shall stand by at the numbers listed below at the date and time of the hearing~~

6   ~~and conference until called by the Court.~~

7

8   ~~Kimberly A. Moses, Esq.              (800) 787-5616~~

9   Counsel shall comply with the undersigned's procedures for telephonic

10   appearances, available at cand.uscourts.gov/kaworders.

    IT IS SO ORDERED.

11

12

    DATED: __12/3__, 2012                          _Kandis Westmore_____

13                                                 Hon. Kandis A. Westmore
                                                   US District Court Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONSUMER LITIGATION LAW CENTER, APC

2

**[PROPOSED] ORDER GRANTING PLAINTIFFS ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY**