# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME VARELA, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>  Defendants. | Case No.: 12-cv-3502 KAW<br><br>ORDER TAKING DEFENDANTS' MOTION TO DISMISS UNDER SUBMISSION WITHOUT ORAL ARGUMENT |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has received Defendants' motion to dismiss the second amended complaint, and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the April 18, 2013 hearing on the motion is hereby VACATED. The Court will issue a written order on the motion.

Plaintiffs' motion to appear telephonically at the hearing is denied as moot.

It is so ORDERED.

DATE: April 15, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE