UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME VARELA, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>    Defendants. | Case No.: C-4:12-03502 KAW<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED |

On April 30, 2013, the undersigned granted Defendants' motion to dismiss Plaintiffs' second amended complaint and ordered Plaintiffs to file a third amended complaint within thirty days. Plaintiffs have failed file a third amended complaint, though the time to do so has elapsed.

On April 2, 2013, Plaintiffs' counsel filed a motion to withdraw. Counsel stated that Plaintiffs had not paid counsel attorney and filing fees, as they were contractually obliged, and had failed to return counsel's numerous phone calls. Plaintiffs did not file a motion in opposition to counsel's motion to withdraw, and on May 16, 2013, the undersigned granted Plaintiffs' counsel's motion to withdraw. Plaintiffs have not filed a notice of appearance or any other documents.

Within fourteen days of the date of this order, Plaintiffs shall show cause why this case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). If Plaintiffs fail to respond to this order, this case will be dismissed.

As explained in the Court's Order Granting Counsel's Motion to Withdraw, this order will be served on Plaintiffs' former counsel for forwarding purposes. *See* Civil L.R. 11-5(b).

IT IS SO ORDERED.

DATE: June 4, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE