UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME VARELA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>    Defendants. | Case No.: 4:12-cv-3502 KAW<br><br>ORDER OF DISMISSAL |

On June 4, 2013, after Plaintiffs failed to follow the Court's order to file a third amended complaint, the undersigned ordered Plaintiffs to show cause within fourteen days why the case should not be dismissed for failure to prosecute. Plaintiffs have not filed a response to the order to show cause, or a third amended complaint, or any other document.

Accordingly, this case is dismissed for failure to prosecute.

As explained in the Court's Order Granting Counsel's Motion to Withdraw, this order will be served on Plaintiffs' former counsel for forwarding purposes. *See* Civil L.R. 11-5(b).

It is so ORDERED.

DATE: June 22, 2013

                                            KANDIS A. WESTMORE
                                            UNITED STATES MAGISTRATE JUDGE